122 A.3d 1029

### COMMONWEALTH of Pennsylvania, Respondent

v.

### Victoria C. GIULIAN, Petitioner.

Supreme Court of Pennsylvania.

Sept. 9, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of September, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Superior Court commit an error of law in finding that the Petitioner was not statutorily eligible to have her summary convictions expunged pursuant to 18 Pa.C.S.A. § 9122(b)(3) despite the fact that Petitioner has been free of arrest and prosecution for more than sixteen years following the convictions, over ten years longer than the statutory requirement?